UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL O'DONNELL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DRUG ENFORCEMENT ADMINISTRATION – ASSET FORFEITURE SECTION,<br><br>　　　　Defendant. | NO. CV 17-8920 JVS (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Defendant United States of America ("the government") has moved to dismiss this action with prejudice on the grounds that this Court lacks jurisdiction over the subject matter of the action (Federal Rule of Civil Procedure 12(b)(1)) and that Plaintiff has failed to state a claim upon which relief can be granted (Rule 12(b)(6)). The Court, having reviewed the arguments of the parties and finding good cause, hereby ORDERS that the government's Motion is GRANTED for the

/ / /

/ / /

/ / /

1

reasons stated in the government's moving papers. This action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 01, 2019

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

   /s/ Steven R. Welk
_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Defendant
UNITED STATES OF AMERICA